# United States Court of Appeals
## For the First Circuit

No. 19-1983

UNITED STATES OF AMERICA,

Appellee,

v.

RYAN MUMME,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on January 13, 2021, is amended as follows:

On page 4, line 16, replace "Beyond where the RV was parked was" with "Beyond where the RV was parked were."